## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| EDWARD PERSON, | : | |
| Petitioner, | : | |
| VS. | : | CIVIL NO. 5:23-CV-253-CAR-CHW |
| STATE OF GEORGIA, | : | |
| Respondent. | : | |

### ORDER

*Pro se* Petitioner Edward Person, an inmate currently confined in the Baldwin County Jail in Monticello, Georgia, has filed a document that appears to challenge his current detention pending a probation revocation hearing (ECF No. 1). Petitioner did not pay the filing fee or file a motion for leave to proceed *in forma pauperis*. If Petitioner wishes to proceed with this action, he must recast his petition using the Court's standard § 2241 form and submit it—with either payment of the $5.00 filing fee or a motion for leave to proceed *in forma pauperis*—within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action.

Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.**

There will be no service of process in this case until further order.

**SO ORDERED**, this 2nd day of August, 2023.

                                         s/ Charles H. Weigle
                                         Charles H. Weigle
                                         United States Magistrate Judge